# McCULLOCH | KLEINMAN

INTELLECTUAL PROPERTY ATTORNEYS

April 7, 2021

**VIA ECF**

The Honorable P. Kevin Castel
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 11D
New York, NY 10007

    Re:  Psihoyos, Case No. 1:21-mc-00360

Dear Judge Castel,

This firm is counsel for Louie Psihoyos in the above-referenced miscellaneous case. On March 19, 2021, counsel for Mr. Psihoyos filed the following documents:

- A request for subpoenas pursuant to 17 U.S.C. § 512(h) of the Digital Millennium Copyright Act;
- Miscellaneous case cover sheet;
- Three (3) subpoenas pursuant to 17 U.S.C. § 512(h);
- Two (2) DMCA notices; and
- Declaration of Kevin McCulloch in support of Request for Subpoenas with exhibit.

Counsel respectfully asks if any further action is required for the issuance of the requested subpoenas.

                                        Respectfully submitted,

                                        Kevin McCulloch, Esq.
                                        501 Fifth Avenue, Suite 1809
                                        New York, NY 10017
                                        T: (212) 355-6050
                                        kevin@mkiplaw.com

*Handwritten annotation by the Court:* "Application GRANTED. The 3 subpoenas have been 'so ordered' by the Court. SO ORDERED" — signed P. Kevin Castel, U.S.D.J., 4-13-21.